IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>D'MONDO BURNS<br><br>Defendant. | Case №: 2:22-cr-00192-JAM<br><br>**O R D E R<br>APPOINTING COUNSEL** |

The above-named defendant seeks appointment of counsel for a petition to violate supervised release. The defendant initially appeared in our Bakersfield division and qualified for appointed counsel. The defendant is set to appear before this court on January 7, 2025, at 9:00 A.M. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

IT IS HEREBY ORDERED that Martin Jones is appointed to represent the above defendant in this case effective *nunc pro tunc* to December 3, 2024.

This appointment shall remain in effect until further order of this court.

Dated: December 5, 2024       /s/ John A. Mendez

                              THE HONORABLE JOHN A. MENDEZ
                              SENIOR UNITED STATES DISTRICT JUDGE

ORDER APPOINTING COUNSEL        1