MICHELE BECKWITH
Acting United States Attorney
NICOLE VANEK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> D'MONDO BURNS, <br><br> Defendant. | CASE NO. 2:22-cr-00192-JAM <br><br> **STIPULATION REGARDING CONTINUANCE OF DISPOSITIONAL HEARING; ORDER** <br><br> DATE: February 11, 2025 <br> TIME: 9:00 a.m. <br> COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant D'mondo Burns, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a dispositional hearing on February 11, 2025.

2. By this stipulation, the parties now move to continue the dispositional hearing until **March 11, 2025, at 09:00 a.m.**

3. Counsel for the defendant is unavailable on February 11, 2025, and requests a different date.

4. The government does not oppose the requested changes.

5. Government counsel has conferred with probation, who is available on March 11, 2025, and does not oppose the requested changes.

IT IS SO STIPULATED.

Dated: January 29, 2025            MICHELE BECKWITH
                                   Acting United States Attorney

                                   /s/ NICOLE VANEK
                                   NICOLE VANEK
                                   Assistant United States Attorney

Dated: November 27, 2024           /s/ MARTIN JONES
                                   MARTIN JONES
                                   Counsel for Defendant
                                   D'Mondo Burns

**ORDER**

IT IS SO ORDERED.

Dated: January 29, 2025            /s/ John A. Mendez
                                   THE HONORABLE JOHN A. MENDEZ
                                   SENIOR UNITED STATES DISTRICT JUDGE